**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MICHAEL HOLLEY (PRO SE),      :   No. 41 EM 2023
              :
       Petitioner            :
              :
              :
       v.                :
              :
              :
PHILA. DISTRICT ATTORNEY'S OFFICE   :
ADA JULIE NELSEON, ESQUIRE,       :
              :
       Respondent         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.